# EXHIBIT 2



## Invoice

**Michelle Merceri**

Invoice # 1022

Invoice Date: Thu, June 25, 2015

**Re: Merceri Trustee Adv WSDOT**

*Current Charges:*

**Fees**

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 4/2/2015 | S | Attend hearing on Mtn to Compel | 0.5 | $100.00 |
| 4/8/2015 | S | Research, draft motion for atty fees. | 0.6 | $0.00 |
| 4/8/2015 | S | Research, draft motion for atty fees. | 1.5 | $300.00 |
| 5/6/2015 | S | Phone conversation, e-mail with MSS re: atty fees motion. | 0.1 | $20.00 |
| 5/15/2015 | S | Work on Finalize Mtn for Atty Fees; email MSS | 0.9 | $180.00 |
| 5/21/2015 | S | Finalize, file Mtn for Attys Fees; E-mail correspondence with Tanya@hutzbah.com,Marc S. Stern (marc@hutzbah.com),Michelle Merceri (416mcm@gmail.com) | 0.8 | $160.00 |
| 6/18/2015 | S | Review Trustee's Response to Mtn for Atty Fees. | 0.2 | $40.00 |
| 6/22/2015 | S | Draft, finalize, file Reply to Mtn for Atty Fees. | 1.8 | $360.00 |
| 6/22/2015 | S | Draft, finalize, research, reply to Mtn for Atty Fees | 2.5 | $0.00 |
| | | **Fees for Services Rendered** | **8.9** | **$1,160.00** |

**Total New Charges** **$1,160.00**

*Account Statement:*

| | |
|---|---|
| Balance as of last invoice | $3,130.99 |
| Current Charges | $1,160.00 |
| Balance Due | $4,290.99 |

Thank you for your business!

150 Nickerson Street, Suite 311 | Seattle, WA 98109