**Below is the Order of the Court.**

_____

**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

Honorable Marc Barreca
June 25, 2015; 1:30 p.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>MICHELLE CATHERINE MERCERI,<br>f/d/b/a Focus Mortgage, f/d/b/a JV&T Capitol, f/d/b/a Mold Northwest, f/d/b/a Alternative Finance, f/d/b/a Avere Capital Finance,<br><br>    Debtor(s). | Chapter 7<br>Bankruptcy No. 10-23826 |
| BANKRUPTCY ESTATE OF MICHELLE MERCERI, by and through Ronald G. Brown, Bankruptcy Trustee,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELLE MERCERI and JOHN DOE MERCERI, wife and husband, and the marital community comprised thereof; SHAWN CASEY JONES and JANE DOE JONES, husband and wife, and the marital community comprised thereof; NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; MCCANN CONSTRUCTION ENTERPRISES, INC., | Adversary No. 14-01451<br><br><br><br><br><br>ORDER DISMISSING<br>PLAINTIFF'S COMPLAINT |

**ORDER DISMISSING**
**PLAINTIFF'S COMPLAINT**
150629fOrd    Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 14-01451-CMA    Doc 60    Filed 07/14/15    Ent. 07/14/15 10:56:12    Pg. 1 of 2

| | |
|---|---|
| 1 | a Washington corporation; and )<br>FAIRWEATHER BASIN BOAT CLUB, INC., ) |
| 2 | a Washington corporation, )<br>) |
| 3 | Defendants. )<br>_____ ) |

THIS MATTER having come on regularly before the above-signed Judge of the above-entitled court, upon the plaintiff's Motion for an Order Dismissing Adversary Proceeding, pursuant to FRCP 41 as incorporated into these proceedings by FRBP 7041, the court having reviewed the pleadings on file herein, including the response of defendant Michelle Merceri, having heard argument of counsel for the plaintiff and defendant Merceri, and being otherwise fully apprised of the circumstances, now, therefore, it is hereby

ORDERED that the plaintiff's complaint is dismissed with prejudice, and the plaintiff is no longer a party to these proceedings.

IT IS HEREBY FURTHER ORDERED that all counterclaims against the plaintiff are dismissed as moot.

IT IS HEREBY FURTHER ORDERED that the defendants' cross-claims are not dismissed.

//// END OF ORDER ////

Presented By:　　　　　　　　　　　　　　　　Approved as to Form; Notice of
　　　　　　　　　　　　　　　　　　　　　　　Presentation Waived by:

THE LIVESEY LAW FIRM

*/S/ Rory C. Livesey*　　　　　　　　　　　　　*/S/ Susan Lynne Fullmer*
_____　　　　_____
Rory C. Livesey, WSBA #17601　　　　　　　Susan Lynne Fullmer, WSBA #43747
Of Attorneys for Plaintiff/Trustee　　　　　　Of Attorneys for Debtor/Defendant

The Livesey Law Firm　　　　　　　　　　　150 Nickerson Street, Suite 311
600 Stewart Street, Suite 1908　　　　　　　Seattle, WA 98109
Seattle, WA 98101　　　　　　　　　　　　(206) 567-2757
(206) 441-0826

**ORDER DISMISSING**　　　　　　　　　　　　　　　　THE LIVESEY LAW FIRM
**PLAINTIFF'S COMPLAINT**　　　　　　　　　　　　　600 Stewart Street, Suite 1908
150629fOrd   Page 2　　　　　　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　　　　　　　　　　　　　　　(206) 441-0826

Case 14-01451-CMA    Doc 60    Filed 07/14/15    Ent. 07/14/15 10:56:12    Pg. 2 of 2